1 | Ronald Wilcox, State Bar No. 176601
Attorney at Law
2 | 2160 The Alameda, Suite F, 1st Floor
San Jose, California 95126
3 | Telephone Number: (408) 296-0400
Facsimile Number: (408) 296-0486

Attorney for Plaintiff
EUGENE DALTON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

\*E-FILED - 12/7/06\*

EUGENE DALTON,

　　　　　Plaintiff,

v.

CLEARCHECK, INC. and TELECHECK SERVICES, INC. and ERIC BERGELSON,

　　　　　Defendant.

Case No. 06-06018 RMW

**STIPULATION TO DISMISS and [PROPOSED] ORDER**

The parties have resolved all disputes relating to the above-captioned action and hereby request this matter be dismissed with prejudice.

_____  11/17/06
Ronald Wilcox, Attorney for Plaintiff    Date

_____  11/17/06
Richard B. Price, Attorney for Telecheck    Date
Services, Inc.

[~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, this matter is dismissed with prejudice.

/s/ Ronald M. Whyte     12/7/06
RONALD M. WHYTE     Date
U.S. DISTRICT JUDGE